UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00083-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JESUS NOE MARQUEZ-ORTEGA,
a/k/a "Noe Margue",

       Defendant.

---

**ORDER RESETTING MOTIONS HEARING**

---

THIS MATTER comes before the Court *Sua Sponte*. Due to a scheduling conflict,

**IT IS ORDERED** that the motions hearing currently set to commence on **April 26, 2007** is **VACATED** and **RESET** to **April 25, 2007** at **10:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 19th day of April, 2007

                                  **BY THE COURT:**

                                  */s/ Marcia S. Krieger*

                                  Marcia S. Krieger
                                  United States District Judge