UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00083-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JESUS NOE MARQUEZ-ORTEGA,
a/k/a "Noe Margue",

       Defendant.

## ORDER VACATING SUPPRESSION HEARING

THIS MATTER is before the Court on the Notice of Withdrawal of Motion to Suppress Evidence **(#18)**. The Court being fully advised in the foregoing,

**ORDERS** that the Suppression hearing currently scheduled for **May 9, 2007 is VACATED.**

Dated this 2nd day of May, 2007

       BY THE COURT:

       *Marcia S. Krieger*

       Marcia S. Krieger
       United States District Judge