UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00083-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JESUS NOE MARQUEZ-ORTEGA,
a/k/a "Noe Margue",

        Defendant.

## ORDER GRANTING AMENDED MOTION FOR EXTENSION OF TIME IN WHICH TO SUBMIT PLEA DOCUMENTS AND CONDUCT PLEA HEARING

THIS MATTER is before the Court on the Amended Unopposed Motion for Extension of Time in Which to Submit Plea Documents and Conduct Plea Hearing **(#25)**. Having reviewed the motion, the Court,

**ORDERS** that the Motion **(#25) is GRANTED**. The Change of Plea Hearing set to commence **July 30, 2007 is VACATED** and **RESET to September 17, 2007 at 11:30 a.m.**

Dated this 27th day of July, 2007

                                                **BY THE COURT:**

                                                Marcia S. Krieger
                                                United States District Judge