UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00083-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JESUS NOE MARQUEZ-ORTEGA,
a/k/a "Noe Margue",

       Defendant.

---

## ORDER RESETTING SENTENCING HEARING

---

       **IT IS ORDERED** that the sentencing hearing set for November 26, 2007 at 10:00 a.m. is **RESET** to **November 26, 2007** at **4:00 p.m**.

       Dated this 21st day of November, 2007

                                  **BY THE COURT:**

                                  Marcia S. Krieger
                                  United States District Judge