UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00083-MSK

UNITED STATES OF AMERICA,

  Plaintiff,

v.

JESUS NOE MARQUEZ-ORTEGA,
a/k/a "Noe Margue",

  Defendant.

## ORDER SETTING DATE FOR RESPONSE TO MOTION

  THIS MATTER comes before the Court on the Motion for Resentencing/Reconsideration Alternatively Notice of Appeal (Motion) filed December 5, 2007, **(#42)** by Defendant. The Motion contains no agreement between the parties, therefore, in order to provide adequate opportunity for response and for prompt determination,

  **IT IS HEREBY ORDERED** that any response or objection to the Motion shall be filed with the Court no later than **December 13, 2007.** Objections and requests for hearing shall clearly specify the grounds upon which they are based, including citation of supporting legal authority, if any. In the absence of a timely objection:

  1)  The Court may grant the above-described Motion; and

  2)  The movant shall submit a proposed order in hard copy or to

    krieger_chambers@cod.uscourts.gov.

  DATED this 6th day of December, 2007.

BY THE COURT:

_Marcia S. Krieger_
Marcia S. Krieger
United States District Judge