UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00083-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESUS NOE MARQUEZ-ORTEGA,
a/k/a "Noe Margue",

    Defendant.

## ORDER SETTING EVIDENTIARY HEARING AND
## DIRECTING THE APPOINTMENT OF CJA COUNSEL

THIS MATTER comes before the Court on the Defendant's "Motion for Resentencing/Reconsideration Alternatively Notice of Appeal" **(#42)** filed December 5, 2007. He filed this motion pursuant to Fed. R. Crim. P. 33 and 35, as well as two habeas corpus statutes, 28 U.S.C. §§ 2241 and 2255. The Government responded **(#44)** to the motion.

The Defendant filed this motion *pro se*, and the Court has liberally construed it in accordance with *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972). In doing so, the Court discerns two claims under 28 U.S.C. § 2255: (1) that he was denied the effective assistance of counsel; and (2) that his plea of guilty was not knowingly, voluntarily or intelligently entered. Both claims rest upon the same factual allegations, in specific, that his attorney misled him as to the nature of the plea agreement, promised him that he would receive a sentence of 48 months imprisonment, pressured him to sign the plea agreement, and spent insufficient time reviewing the plea agreement with him.

An evidentiary hearing is needed to address the asserted claims. Pursuant to 28 U.S.C. § 2255 and 18 U.S.C. § 3006A(a)(2), counsel may be appointed for a financially eligible defendant who has filed a motion under 28 U.S.C. § 2255 "when the interests of justice so require." The Court previously determined that Mr. Marquez-Ortega is financially eligible for appointment of counsel. Because the interests of justice require it, the Court will appoint counsel to represent him at the hearing on his motion.

**IT IS THEREFORE ORDERED** that:

(1) An evidentiary hearing is set for **February 14, 2008** at **1:00 p.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado, to address the issues raised in Mr. Marquez-Ortega's motion **(#42)**.

(2) The Clerk of Court is directed to appoint counsel to represent Mr. Marquez-Ortega at the hearing pursuant to 18 U.S.C. § 3006A.

Dated this 14th day of January, 2008

                              **BY THE COURT:**

                              *Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge