UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00083-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JESUS NOE MARQUEZ-ORTEGA,
a/k/a "Noe Margue",

       Defendant.

---

## ORDER RESETTING HEARING AND DIRECTING CLERK OF THE COURT TO OPEN A CASE PURSUANT TO 28 U.S.C. § 2255

---

**THIS MATTER** comes before the Court *sua sponte*. As a result of an oversight, the Court has treated a recent motion by the Defendant as one pursuant to 28 U.S.C. § 2255, but has yet to formally advise the parties as such or to administratively account for that designation. Accordingly, the Clerk of the Court is directed to open a civil case under 28 U.S.C.§ 2255, with Docket # 42 in the criminal action as the originating document. The Court has previously appointed counsel to represent the Defendant, and such counsel shall continue to represent him

for the purpose of pursing the §2255 action. The evidentiary hearing set for February 14, 2008 is

**RESET** to **2:00 p.m.** on **Thursday, March 27, 2008**.

Dated this 14th day of February, 2008

**BY THE COURT:**

Marcia S. Krieger
United States District Judge