IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00083-MSK

UNITED STATES OF AMERICA

       Plaintiff,

v.

JESUS NOE MARQUEZ-ORTEGA,
a/k/a "Noe Margue",

       Defendant.

---

## ORDER FOR ISSUANCE OF
## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

THIS MATTER having come before this Court pursuant to 28 U.S.C. § 2255 and an Application for Writ of Habeas Corpus Ad Testificandum filed herein pursuant to 28 U.S.C. §§ 2241 and 2242, and this Court being fully advised in the premises it is

ORDERED that a Writ of Habeas Corpus Ad Testificandum be issued directing the United States Marshal to secure the body of Defendant, Jesus Noe Marquez-Ortega, for testimony to be given before me on **Thursday, March 27, 2008 at 2:00 p.m.**.

Dated this 20 day of February, 2008.

BY THE COURT:

~~Marcia S. Krieger~~ Craig B. Shaffer
United States ~~District~~ Judge
Magistrate