UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00083-MSK
Civil Action No. 08-cv-00322-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JESUS NOE MARQUEZ-ORTEGA,
a/k/a "Noe Margue",

      Defendant.

---

## ORDER DECLINING PETITION, CONSTRUING MOTION AS A NOTICE OF APPEAL, AND DIRECTING CLOSURE OF CIVIL CASE

---

THIS MATTER came before the Court for a hearing on March 27, 2008. The Court hereby incorporates all oral findings and conclusions made at the hearing.

**IT IS ORDERED** that:

(1) The Court **DECLINES** the Defendant's petition for relief under 28 U.S.C. § 2255 **(#42)**.

(2) The "Motion for Resentencing/Reconsideration Alternatively Notice of Appeal" **(#42)** is construed as a notice of appeal from the Defendant's sentence.

(3) The Clerk of Court is directed to close Civil Action No. 08-cv-00322-MSK.

Dated this 28th day of March, 2008

      **BY THE COURT:**

      *Marcia S. Krieger*
      _____
      Marcia S. Krieger
      United States District Judge