IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Marcia S. Krieger

Civil Action No. 10-cv-00819-MSK
Criminal Action No. 07-cr-00083-MSK

UNITED STATES OF AMERICA,

v.

JESUS NOE MARQUEZ-ORTEGA,
a/k/a "Noe Margue,"

      Movant.

---

ORDER DIRECTING MOVANT TO FILE AMENDED 28 U.S.C. § 2255 MOTION

---

      Movant, Jesus Noe Marquez-Ortega, also known as Noe Margue, currently is incarcerated at the Adams County Correctional Center in Washington, Mississippi. He has filed a *pro se* motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The Court must construe the motion to vacate liberally because Mr. Marquez-Ortega is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Marquez-Ortega will be directed to file an amended motion to vacate.

      On February 19, 2009, Mr. Marquez-Ortega pleaded guilty in this court to one charge of possession with intent to distribute 500 grams or more of cocaine. He was sentenced to seventy months of imprisonment and to five years of supervised release. Judgment was entered on the docket on November 30, 2007, and amended judgment was entered on December 4, 2007. On April 12, 2010, Mr. Marquez-Ortega filed in this

court a motion to vacate his conviction seeking a reduction in sentence.

Mr. Marquez-Ortega has failed to use the court-approved form for filing a 28 U.S.C. § 2255 motion. He also has failed to assert any claims, instead using the § 2255 motion to set out "points and authorities." *See* motion to vacate at 1. Pursuant to Rules 2(b)(1) and 2(b)(2) of the Rules Governing Section 2255 Cases in the United States District Courts, Mr. Marquez-Ortega must "specify all [available] grounds for relief" and he must "state the facts supporting each ground." These habeas corpus rules are more demanding than the rules applicable to ordinary civil actions, which require only notice pleading. **See Mayle v. Felix**, 545 U.S. 644, 655 (2005) (discussing identical rules applicable to 28 U.S.C. § 2254 applications). Naked allegations of constitutional violations are not cognizable. **See Ruark v. Gunter**, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam).

Therefore, Mr. Marquez-Ortega will be ordered to file an amended motion to vacate. In the amended motion, he must allege, clearly and concisely, the specific claims for relief he is asserting, as well as the specific facts that support each asserted claim, if he wishes to pursue his claims in this action. Accordingly, it is

ORDERED that Movant, Jesus Noe Marquez-Ortega, also known as Noe Margue, file with the Court **within thirty days from the date of this order** an amended motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 that complies with the directives of this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Marquez-Ortega, together with a copy of this order, two copies of the following form to be used in submitting the amended motion to vacate: Motion to Vacate, Set Aside, or Correct

Sentence Pursuant to 28 U.S.C. § 2255. It is

FURTHER ORDERED that if Mr. Marquez-Ortega fails within the time allowed to file an amended motion to vacate that complies with the directives of this order, the motion to vacate will be denied and the action will be dismissed without further notice.

Dated this 23d day of April, 2010

**BY THE COURT:**

Marcia S. Krieger
United States District Judge